# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00315-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RANDALL C. ESTES,

        Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On April 13, 2006, the Probation Department was advised that the defendant had submitted a petition to the Court requesting early termination of supervision in this case approximately 18 months prior to the scheduled termination date. On April 16, 2006, the Probation Department was advised that the Government does not object to the proposed relief.

Accordingly, it is:

ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this 19th day of April, 2006.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge